# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 01CV 2048 JMR/FLN Case Title: Lapan et al vs USA

## MOTION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

Affidavit of Proposed Admittee

I, Stacey Bosshardt, am currently a member in good standing of the bar of the ~~United States District Court for the~~ District of Columbia, but not admitted to the bar of this court. I will be representing the United States of America (Government Agency) in the action listed above. pursuant to 28 U.S.C. Section 517.

Stacey Bosshardt
Signature

2/13/02
Date

State I.D.: 458645

Government Agency U.S. Dept. of Justice

Postal Address:
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Suite/Building: Rm. 8007N / National Place Bldg.

Street Address: 1331 Penn. Ave., N.W.

City State Zip Washington, D.C. 20004

Telephone:( ) 202-616-4915
Fax: 202-616-5200

Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature

February 15, 2002
Date

Name: Jeffrey Axelrad

Title: Director, Torts Branch
Civil Division

U.S. Agency: Dept. of Justice

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

FEB 20 2002
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK