UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph G. Lapan, Jr. and Michelle J. Lapan,

Plaintiffs,

v.

United States of America,

Defendant.

Civil No. 01-2048 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

a. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before July 1, 2002.

b. Defendant's memorandum on Motion to Dismiss due by December 1, 2002.

c. Plaintiffs' response due by March 1, 2003.

d. Defendant's reply memorandum due by April 1, 2003.

e. If the Motion to Dismiss is denied, a Rule 16 conference will be scheduled. The parties shall notify the undersigned Magistrate Judge within 10 days after the District Court Judge rules on Defendant's Motion to Dismiss.

DATED: March 6, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

MAR 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK