IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 01-2048 JMR/FLN

| | | |
|---|---|---|
| JOSEPH G. LAPAN, JR., et. al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER MODIFYING |
| | ) | BRIEFING SCHEDULE |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In consideration of the Joint Motion to Modify Briefing Schedule, and for good cause shown, it is hereby ORDERED that the motion is granted, and the schedule shall be modified as follows:

| | |
|---|---|
| March 14, 2003 | Plaintiffs' response to United States' Motion for Summary Judgment due |
| April 15, 2003 | United States' reply due |

SO ORDERED.

2/25/03

Franklin L. Noel
United States Magistrate Judge

FILED FEB 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion to Modify Briefing Schedule, to be sent via first class mail, this 14 day of February, 2003, upon the following counsel of record:

Martha L. Neese, Esq.
Neese Law Firm P.A.
Heritage Office Park
342 East County Road D
Little Canada, Minnesota 55117
(651) 765-0741 (fax)
Attorney for Plaintiffs

Stacey Bosshardt

Stacey M. Bosshardt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 01-2048 JMR/FLN

| | | |
|---|---|---|
| JOSEPH G. LAPAN, JR., et. al. | ) | |
| Plaintiffs, | ) | |
| vs. | ) | JOINT MOTION TO MODIFY BRIEFING SCHEDULE |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b), the parties in the above-captioned case jointly move to modify the briefing schedule adopted by this Court on March 6, 2002, for the following reasons:

(1) On November 27, 2002, the United States served its motion for summary judgment in the above-captioned case, because Plaintiffs' medical malpractice complaint does not allege any negligent acts or omissions by federal employees.

(2) On December 17, 2002, Plaintiffs served requests for admission on the United States to determine which of 19 individuals listed in Plaintiffs' medical records was a federal employee at the time he or she provided treatment to Plaintiff Kendra Lapan.

(3) Due to the passage of time since Ms. Lapan was treated by these providers (in some cases, more than 10 years ago); the Navy's document retention policies regarding records that identify contract physicians; and other demands upon Naval staff, the United States

was unable to compile a complete response within 30 days, and requested a two week extension to submit its response.

(4) Plaintiffs' counsel requested an extension of the deadline for its response to the motion for summary judgment, previously set for March 1, 2003, in order to confer with Plaintiffs' expert after receiving the United States' response to the requests for admission stating which of the health care providers who treated Plaintiff was a federal employee. Accordingly, the parties request a two-week extension of Plaintiffs' deadline for filing their opposition, until March 14, 2003.

(5) Because of the difficulties it has already encountered in contacting former health care providers to determine their employment status, the parties request an extension of two weeks to the date its reply is due, until April 15, 2003.

A proposed order is attached to this motion.

Respectfully submitted,

Stacey Bosshardt

STACEY M. BOSSHARDT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 888
Benjamin Franklin Station
Washington, DC 20044
(202) 616-4915
(202) 616-5200 (facsimile)

Attorneys for Defendant United States of America

Martha Neese / SB

MARTHA L. NEESE
Neese Law Firm P.A.
Attorney I.D. #160581
Heritage Office Park
342 East County Road D
Little Canada, Minnesota 55117
(651) 766-7690
(651) 765-0741 (facsimile)

Attorney for Plaintiffs