UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Joseph G. LaPan, Jr. and Michelle J. LaPan, and Michelle J. LaPan, as mother and natural guardian of Kendra N. LaPan, a minor, Plaintiffs, vs. United States of America, Defendant. | § | Civil No. 01-2048 (JMR/FLN) |

**ORDER FOR APPROVAL OF MINOR'S SETTLEMENT**

This matter came on for hearing before this Court on August 21, 2003 on the Petition for Approval of the Minor Settlement pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671, *et seq.*

This Court has considered the Petition of Petitioners for approval of a compromise settlement based upon all of the files and proceedings herein, and finds that this settlement, which provides as follows, is approved:

> Payment and distribution of the settlement funds in the amount of One Hundred Twenty-five Thousand and 00/100 Dollars ($125,000.00), out of which the following distributions will be made:
>
> (1) Payment of Martha L. Neese attorney's fees in the amount of twenty-five percent (25%) of the present value of this settlement in the amount of Thirty-one Thousand Two Hundred Fifty and 00/100 Dollars ($31,250.00);
>
> (2) Payment of Martha L. Neese's outstanding costs for prosecution of this case in the amount as set forth in *Exhibit "B" attached hereto and incorporated herein by reference;*
>
> (3) Payment of unreimbursed medical expenses to Joseph G. LaPan, Jr. and Michelle J. LaPan in the amount as set forth in *Exhibit "C" attached hereto and incorporated herein by reference*; and

FILED SEP 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

(4) The United States will purchase an annuity contract with the remaining amount to make future guaranteed lump sum payments to Kendra LaPan as set forth in *Exhibit "D" attached hereto and incorporated herein by reference.*

It is understood and agreed by the parties that the purchase price of the annuity may vary according to the price charged for said annuity on the date of purchase, but that the cost to the United States for the purchase of the annuity to make the future payment under this paragraph shall not exceed the remaining amount set forth in *Exhibit "D"*. The parties agree that the total cost to the United States of all payments required under the Stipulation for Compromise Settlement and Release shall not exceed One Hundred Twenty-five Thousand and 00/100 Dollars ($125,000.00). In the event of a change in the purchase price of the annuity to provide the future payment under this paragraph so that the total cost of the annuity to be purchased to make the future payment is either more than or less than the remaining amount set forth in *Exhibit "D"*, Petitioners agree that an annuity generating either a lower or larger payment will be purchased, so that the total cost of the annuity to be purchased to make the future payment under this paragraph is neither more than nor less than the remaining amount set forth in *Exhibit "D"*.

The Court hereby authorizes Petitioners Joseph G. LaPan, Jr. and Michelle J. LaPan to execute all legal documents to effectuate this settlement.

Petitioners Joseph G. LaPan, Jr. and Michelle J. LaPan are hereby authorized and directed to execute any and all releases, satisfactions, dismissals and other documents necessary to consummate such settlement.

Dated this 12 day of September, 2003.

BY THE COURT:

Chief Judge James Rosenbaum