IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 01-2048 JMR/FLN

JOSEPH G. LAPAN, JR., )
MICHELLE J. LAPAN, AND )
MICHELLE J. LAPAN, )
AS MOTHER AND NATURAL )
GUARDIAN OF )
KENDRA N. LAPAN, A MINOR, )
)
Plaintiffs, )
)
vs. )
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )

**ORDER**

Upon consideration of the parties' stipulation of dismissal, it is hereby ORDERED that this action is dismissed with prejudice.

SO ORDERED.

Dated: December 9th, 2003

Chief Judge James Rosenbaum
United States District Judge

FILED DEC 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS